# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

JANE DOE,                     Case No. **2:21-cv-12492**

        Plaintiff,

v.

DAVID BAUM, ELIZABETH SENEY, MARGARET GYTEKO, CHUNG OWYANG,

        Defendants.

## JOINT STIPULATION AND ORDER FOR LEAVE TO FILE AN AMENDED COMPLAINT

**NOW COMES** Plaintiff JANE DOE and Defendants DAVID BAUM, ELIZABETH SENEY, and CHUNG OWYANG, by and through their attorneys, with this Joint Stipulation and [Proposed] Order Regarding Amended Complaint and hereby stipulates as follows:

1. Plaintiff filed her Complaint in this case on October 22, 2021.

2. As of the date of this stipulation, Defendants have not answered the Complaint.

3. Since filing this Complaint, counsel for all parties have met and conferred regarding certain aspects of the Complaint, including the causes of action.

4. As a result, the parties have stipulated to the following terms.

    a) Plaintiff will have leave to file an Amended Complaint, which will be due within fourteen (14) days of the date when this Stipulation and Order are signed.

    b) Plaintiff retains the right to file a Second Amended Complaint, if necessary, without leave of court pursuant to, and accordance with, Federal Rules of Civil Procedure Rule 15.

    c) Defendants shall have until February 28, 2022, or (45) days after service of Plaintiff's Amended Complaint, to respond or answer to the Amended Complaint, whichever date is later.

**WHEREFORE** the Parties request that the Court approve the foregoing stipulation.

| | |
|---|---|
| Date: January 7, 2022 | Date: January 7, 2022 |
| Respectfully Submitted, | Respectfully Submitted, |
| *[signature]* | /s/ Thomas Kent |
| Keith Altman, Esq.<br>The Law Office of Keith Altman<br>33228 West 12 Mile Road<br>Suite 375<br>Farmington Hills, Michigan 48334<br>Telephone: (987) 987-8929<br>keithaltman@kaltmanlaw.com | Thomas L. Kent, Esq.<br>Associate General Counsel<br>University of Michigan<br>Office of VP and General Counsel<br>5010 Fleming Admin. Building<br>503 Thompson Street<br>Ann Arbor, Michigan 48109<br>Telephone: (734) 615-7954<br>tomkent@umich.edu |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

_____

**IT IS SO ORDERED.**

Date: January 11, 2022          s/Robert H. Cleland
                                _____
                                United States District Judge