# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF MICHIGAN

JANE DOE,

    Plaintiff,

v.

DAVID BAUM, et al.,

    Defendants.

_____/

Case No: 21-CV-12492

Hon. Robert H. Cleland
Magistrate Judge Elizabeth A. Stafford

Keith Altman (P81702)
The Law Office of Keith Altman
33228 West 12 Mile Road - Suite 375
Farmington Hills, MI 48334
Telephone: (516) 456-5885
keithaltman@kaltmanlaw.com
*Attorney for Plaintiff*

Thomas L. Kent (P55863)
THE UNIVERSITY OF MICHIGAN
OFFICE OF THE VICE PRESIDENT &
GENERAL COUNSEL
1109 Geddes Avenue
Ruthven Building, Suite 2309
Ann Arbor, MI 48109-1079
(734) 764-0304
tomkent@umich.edu
*Attorneys for Defendants*

_____/

## **APPEARANCE**

    The Office of the Vice President and General Counsel, by Thomas L. Kent, Esq. hereby appears for Defendants in the above-captioned matter.

                           Respectfully submitted,
                           THE UNIVERSITY OF MICHIGAN
                           OFFICE OF THE VICE PRESIDENT &
                           GENERAL COUNSEL

               By:    */s/ Thomas L. Kent*
                       Thomas L. Kent (P55863)
                       1109 Geddes Avenue
                       Ruthven Building, Suite 2309
                       Ann Arbor, MI 48109-1079
                       (734) 764-0304
                       tomkent@umich.edu
                       *Attorneys for Defendants*6

**CERTIFICATE OF SERVICE**

State of Michigan )
                             ) ss
County of Washtenaw )

I hereby certify that on January 20, 2022, the foregoing document was electronically filed with the Clerk of the Court using the ECF system, which will send notification of such filing to all attorney(s) of record.

                                                       */s/Jennifer L. Traver*
                                                       Jennifer L. Traver