# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JANE DOE,<br><br>  Plaintiff,<br><br>v.<br><br>UNIVERSITY OF MICHIGAN, et al.,<br><br>  Defendants.<br>_____/ | Case No: 21-CV-12492<br><br>Hon. Robert H. Cleland<br>Magistrate Judge Elizabeth A. Stafford |
| Keith Altman (P81702)<br>The Law Office of Keith Altman<br>33228 West 12 Mile Road - Suite 375<br>Farmington Hills, MI 48334<br>Telephone: (516) 456-5885<br>keithaltman@kaltmanlaw.com<br>*Attorney for Plaintiff* | Thomas L. Kent (P55863)<br>THE UNIVERSITY OF MICHIGAN<br>OFFICE OF THE VICE PRESIDENT &<br>GENERAL COUNSEL<br>1109 Geddes Avenue<br>Ruthven Building, Suite 2300<br>Ann Arbor, MI 48109-1079<br>(734) 764-0304<br>tomkent@umich.edu<br>*Attorneys for Defendants* |
_____/

**NOTICE OF WITHDRAWAL OF DEFENDANTS' RESPONSE TO MOTION FOR A PROTECTIVE ORDER TO USE A PSEUDONYM AND BRIEF IN OPPOSITION**

On January 26, 2022, Defendants filed its Response to Motion for a Protective Order to Use a Pseudonym and Brief in Opposition (ECF No. 11). Defendants now file this Notice to inform the Court that they are withdrawing their previously filed Response to Motion and Brief in Opposition.

Respectfully submitted,

THE UNIVERSITY OF MICHIGAN
OFFICE OF THE VICE PRESIDENT &
GENERAL COUNSEL

By:     */s/ Thomas L. Kent*
       Thomas L. Kent (P55863)
       1109 Geddes Avenue
       Ruthven Building, Suite 2300
       Ann Arbor, MI 48109-1079
       (734) 764-0304
       tomkent@umich.edu
       *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

State of Michigan     )
                             ) ss
County of Washtenaw   )

      I hereby certify that on January 27, 2022, the foregoing document was electronically filed with the Clerk of the Court using the ECF system, which will send notification of such filing to all attorney(s) of record.

                                                   */s/ Jennifer L. Traver*
                                                   Jennifer L. Traver