# EXHIBIT 1

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF MICHIGAN**

JANE DOE,

      Plaintiff,                                        Case No:  21-CV-12492

v.                                                             Hon. Shalina D. Kumar
                                                               Magistrate Judge Elizabeth A. Stafford
UNIVERSITY OF MICHIGAN, et al.,

      Defendants.

_____/

## DECLARATION OF BRAD MAKI PURSUANT TO 28 U.S.C §1764

      I, Brad Maki, state as follows:

      1.     I am currently employed by the University of Michigan (UM) as the Senior Associate Registrar.

      2.     "Jane Doe," whose identity has been shared with me, was not a student of the University of Michigan until Fall, 2021when she enrolled in the UM School of Public Health as a Master's candidate.

      3.     After diligent search, I have found no student or other programmatic relationship between Jane Doe and the University of Michigan that existed prior to Fall, 2021.

      4.     As of the date of this Declaration, Jane Doe is not enrolled as a student at the University of Michigan

      I declare under penalty of perjury that the foregoing is based upon personal knowledge and is true and correct.

Dated:  March 7, 2022

                          Brad Maki
                          Senior Associate Registrar
                          University of Michigan

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF MICHIGAN

JANE DOE,

      Plaintiff,                Case No: 21-CV-12492

v.                              Hon. Shalina D. Kumar
                                      Magistrate Judge Elizabeth A. Stafford

UNIVERSITY OF MICHIGAN, et al.,

      Defendants.

_____/

## DECLARATION OF STEPHANIE SCHROEDER
## PURSUANT TO 28 U.S.C §1764

I, Stephanie Schroeder, state as follows:

1.     I am currently employed by the University of Michigan (UM) as the Human Resources Director for Michigan Medicine.

2.     "Jane Doe," whose identity has been shared with me, has never been employed by the University of Michigan.

3.     After diligent search, I have found no records of any employment or other programmatic, internship, or volunteer relationship that has ever existed between Jane Doe and the University of Michigan.

I declare under penalty of perjury that the foregoing is based upon personal knowledge and is true and correct.

Dated: March 7, 2022

Stephanie Schroeder
Human Resources Director
Michigan Medicine