# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

JANE DOE,             Case No. 3:2021-cv-12492

           Plaintiff,

v.

UNIVERSITY OF MICHIGAN,
et al.

           Defendants.

## PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

**NOW COMES** Plaintiff JANE DOE, by and through her attorney, with this Unopposed Motion for Extension of Time to Respond to Defendant's Motion to Dismiss and hereby state the following:

1. Defendants filed their Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) on March 10, 2022 (ECF 17).

2. Plaintiff's Response to Defendant's Motion to Dismiss was due on March 31, 2022.

3. On March 15, 2022, Plaintiff submitted an unopposed Motion requesting an additional 30 days to respond to Defendant's Motion.

4. Plaintiff's Response to Defendant's Motion to Dismiss is now due on April 30, 2022.

5. Plaintiff's attorney has recently become legally blind. While accommodations are being put into place, it takes Mr. Altman considerably longer to read, write and prepare documents.

6. Plaintiff's attorney is currently in a jury trial in the United States District Court in the Eastern District of Michigan before Judge Parker. That trial is anticipated to last through at least Friday, April 29, 2022.

4. Plaintiff respectfully requests an additional 7-day extension of time to file their Response to Defendants Motion to Dismiss, making the Response due on or before May 6, 2022.

5. Plaintiff has conferred with the Defendants on the present Motion. Defendants have advised that they will not oppose the Motion.

6.  This request is not filed for the purpose of delay, and no party will be prejudiced by the granting of this motion.

**WHEREFORE** the Plaintiff requests that the Court approve the foregoing Motion.

Date: April 26, 2022            Respectfully Submitted,

Keith Altman, Esq.
Law Office of Keith Altman
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48334
Telephone: (987) 987-8929
keithaltman@kaltmanlaw.com
*Attorneys for Plaintiff*

# EXHIBIT A

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JANE DOE, | Case No. 3:2021-cv-12492 |
| Plaintiff, | |
| v. | |
| UNIVERSITY OF MICHIGAN, et al. | |
| Defendants. | |

## ORDER

This Matter, having come before the Court on Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendants Motion to Dismiss, and that the Motion is unopposed and in good cause, it is hereby

ORDERED that Plaintiff's Motion for Extension of Time to Respond to Defendants Motion to Dismiss is granted and the Plaintiff shall have until May 6, 2022 to file their Response.

April ___, 2022.

BY THE COURT

_____

United States Magistrate
Judge Elizabeth A. Stafford

## CERTIFICATE OF SERVICE

I certify that on April 26, 2022, I served the foregoing Unopposed Motion for Extension of Time to Respond to Defendants Motion to Dismiss upon all parties herein by filing copies of same using the ECF System.

                                          Respectfully Submitted,

Keith Altman, Esq.
Law Office of Keith Altman
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48334
Telephone: (987) 987-8929
keithaltman@kaltmanlaw.com
*Attorneys for Plaintiff*