**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF MICHIGAN**

JANE DOE,

     Plaintiff,

v.

UNIVERSITY OF MICHIGAN, et al.,

     Defendants.

Case No:  21-CV-12492

Hon. Shalina D. Kumar
Magistrate Judge Elizabeth A. Stafford

/

| | |
|---|---|
| Keith Altman (P81702)<br>The Law Office of Keith Altman<br>33228 West 12 Mile Road - Suite 375<br>Farmington Hills, MI 48334<br>(516) 456-5885<br>keithaltman@kaltmanlaw.com<br>*Attorney for Plaintiff* | Thomas L. Kent (P55863)<br>THE UNIVERSITY OF MICHIGAN<br>OFFICE OF THE VICE PRESIDENT &<br>GENERAL COUNSEL<br>1109 Geddes Avenue<br>Ruthven Building, Suite 2300<br>Ann Arbor, MI 48109-1079<br>(734) 764-0304<br>tomkent@umich.edu<br>*Attorneys for Defendants* |

/

**STIPULATION AND ORDER FOR DISMISSAL OF
UMHS AND RELATED COUNT**

NOW COME the Plaintiff and Defendants, by and through their respective counsel, and do hereby agree and stipulate to the dismissal of Defendant, University of Michigan Health Systems (UMHS) and the related Count in Plaintiff's Second Amended Complaint.

2

Approved as to form and content:

/s/Keith Altman (w/permission)
Keith Altman (P81702)
The Law Office of Keith Altman
33228 West 12 Mile Road - Suite 375
Farmington Hills, MI 48334
keithaltman@kaltmanlaw.com

Dated: May 25, 2022

/s/ Thomas L. Kent
Thomas L. Kent (P55863)
THE UNIVERSITY OF MICHIGAN
OFFICE OF THE VICE PRESIDENT &
GENERAL COUNSEL
1109 Geddes Avenue
Ruthven Building, Suite 2300
Ann Arbor, Michigan 48109
tomkent@umich.edu
Attorneys for Defendants

Dated:  May 25, 2022

IT IS SO ORDERED.

Dated:  June 1, 2022

s/Shalina D. Kumar
Shalina D. Kumar
United States District Judge