UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Jane Doe,

                Plaintiff(s),

v.                                    Case No. 4:21–cv–12492–SDK–EAS
                                              Hon. Shalina D. Kumar

David Baum, et al.,

                Defendant(s),

**NOTICE OF MOTION HEARING**

You are hereby notified to appear before District Judge Shalina D. Kumar at the United States District Court, Federal Building and U.S. Courthouse, 600 Church Street, Flint, Michigan.  The following motion(s) are scheduled for hearing:

      Motion to Dismiss – #22

- MOTION HEARING:  October 6, 2022 at 10:00 AM

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                  By: s/T. Hallwood
                                                       Case Manager

Dated:   July 27, 2022