UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br><br>v.<br><br>UNIVERSITY OF MICHIGAN, et al.,<br><br>    Defendants. | Case No: 21-CV-12492<br><br>Hon. Shalina D. Kumar<br>Magistrate Judge Elizabeth A. Stafford |
| Keith Altman (P81702)<br>The Law Office of Keith Altman<br>33228 West 12 Mile Road - Suite 375<br>Farmington Hills, MI 48334<br>(516) 456-5885<br>keithaltman@kaltmanlaw.com<br>*Attorney for Plaintiff* | Thomas L. Kent (P55863)<br>THE UNIVERSITY OF MICHIGAN<br>OFFICE OF THE VICE PRESIDENT &<br>GENERAL COUNSEL<br>1109 Geddes Avenue<br>Ruthven Building, Suite 2300<br>Ann Arbor, MI 48109-1079<br>(734) 764-0304<br>tomkent@umich.edu<br>*Attorneys for Defendants* |

**NOTICE OF WITHDRAW OF DEFENDANTS' FIRST MOTION
TO DISMISS PURSUANT TO FRCP 12**

On March 10, 2022, Defendants, by and through their counsel, the Office of the Vice President and General Counsel of the University of Michigan filed its first Motion to Dismiss Pursuant to FRCP 12 (ECF No. 17).

In response, Plaintiff responded to Defendants' Motion to Dismiss by filing a Second Amended Complaint. On May 25, 2022, Defendants refiled a slightly revised Motion to Dismiss Pursuant to FRCP 12 (ECF No. 22).

Upon this Court's request and to eliminate any confusion, Defendants now file this Notice withdrawing its first Motion to Dismiss Pursuant to FRCP 12 (ECF No. 17). Defendants' May 25, 2022 Motion to Dismiss Pursuant to FRCP 12 (ECF No. 22) will continue to move forward.

Respectfully submitted,

THE UNIVERSITY OF MICHIGAN
OFFICE OF THE VICE PRESIDENT
& GENERAL COUNSEL

By: /s/ *Thomas L. Kent*
Thomas L. Kent (P55863)
1109 Geddes Avenue
Ruthven Building, Suite 2300
Ann Arbor, MI 48109-1079
(734) 764-0304
tomkent@umich.edu

Dated: July 28, 2022     *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

STATE OF MICHIGAN     )
                      ) ss
COUNTY OF WASHTENAW   )

I hereby certify that on July 28, 2022, I electronically filed *Defendants' Notice of Withdraw of Defendants' First Motion to Dismiss Pursuant to FRCP 12* with the Clerk of the Court using the ECF System.

By: /s/ *Jennifer L. Traver*
Jennifer L. Traver
Legal Assistant