UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Jane Doe,

                        Plaintiff(s),

v.                                                    Case No. 4:21-cv-12492-SDK-EAS
                                                             Hon. Shalina D. Kumar

David Baum, et al.,

                        Defendant(s),

_____

## NOTICE OF TELEPHONIC CONFERENCE

    PLEASE TAKE NOTICE that a telephonic conference has been scheduled before District Judge Shalina D. Kumar as follows:

- STATUS CONFERENCE:  June 14, 2023 at 01:00 PM

    The conference shall be initiated by the Court.

    If possible, please refrain from the use of cell phones.  If a party wishes to be called at a number other than the one listed on the docket, please give that information to the party initiating the call.

    **ADDITIONAL INFORMATION:**   The parties are to call 313-261-7355 and enter Conference ID 984 575 807 to join the call.

### Certificate of Service

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                    By: s/T. Hallwood
                                                            Case Manager

Dated:   April 24, 2023