# EXHIBIT 3

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF MICHIGAN

JANE DOE,

    Plaintiff,

v.

UNIVERSITY OF MICHIGAN, et al.,

    Defendants.

_____/

Case No: 21-CV-12492

Hon. Shalina D. Kumar
Magistrate Judge Elizabeth A. Stafford

## **DECLARATION OF BRAD MAKI PURSUANT TO 28 U.S.C §1764**

I, Brad Maki, state as follows:

1. I am currently employed by the University of Michigan (UM) as the Senior Associate Registrar.

2. "Jane Doe," whose identity has been shared with me, was not a student of the University of Michigan until Fall, 2021 when she enrolled in the UM School of Public Health as a Master's candidate.

3. After diligent search, I have found no student or other programmatic relationship between Jane Doe and the University of Michigan that existed prior to Fall, 2021.

4. As of the date of this Declaration, Jane Doe is not enrolled as a student at the University of Michigan

I declare under penalty of perjury that the foregoing is based upon personal knowledge and is true and correct.

Dated: March 7, 2022

                                              Brad Maki
                                              Senior Associate Registrar
                                              University of Michigan

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF MICHIGAN

JANE DOE,

    Plaintiff,

v.

UNIVERSITY OF MICHIGAN, et al.,

    Defendants.

_____/

Case No: 21-CV-12492

Hon. Shalina D. Kumar
Magistrate Judge Elizabeth A. Stafford

## DECLARATION OF STEPHANIE SCHROEDER PURSUANT TO 28 U.S.C §1764

I, Stephanie Schroeder, state as follows:

1. I am currently employed by the University of Michigan (UM) as the Human Resources Director for Michigan Medicine.

2. "Jane Doe," whose identity has been shared with me, has never been employed by the University of Michigan.

3. After diligent search, I have found no records of any employment or other programmatic, internship, or volunteer relationship that has ever existed between Jane Doe and the University of Michigan.

I declare under penalty of perjury that the foregoing is based upon personal knowledge and is true and correct.

Dated: March 7, 2022

*Stephanie Schroeder* (signature)
Stephanie Schroeder
Human Resources Director
Michigan Medicine